IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRENELL M. MONSON,

        Petitioner,                    No. CIV S-11-2206 EFB P

    vs.

WARDEN GARY SWARTHOUT,

        Respondent.               ORDER

                                    /

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

        Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

        2. The Clerk of Court shall assign a new case number.

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: August 31, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2